# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

Marilyn Kelly,
Chief Justice

137144

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT CHARLES WEBBER,
      Defendant-Appellant.

SC: 137144
COA: 276350
Isabella CC: 06-000458-FC

_____/

On order of the Court, the application for leave to appeal the July 15, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Isabella Circuit Court. At sentencing, the defendant requested a number of corrections to the presentence investigation report, and the court indicated that several of the changes would be made. The copy of the report in the record does not reflect those changes. On remand, the circuit court shall assure that a corrected copy of the report is prepared and transmitted to the Michigan Department of Corrections per MCR 6.425. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

Clerk

d0325